# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

|  |  |
|---|---|
| JAREK CHARVAT., individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>ACO, INC.,<br><br>       Defendant. | Civil Case No. 8:12-cv-13<br><br>**STIPULATED MOTION TO DISMISS** |

  Pursuant to Federal Rules of Civil Procedure Rule 41, Plaintiff Jarek Charvat and Defendant ACO, Inc. (collectively "Parties"), jointly stipulate and agree to the entry of an Order to Dismiss dismissing the Plaintiff's Complaint with prejudice.

  WHEREFORE, the parties respectfully request the Court enter an Order dismissing the action with prejudice.

  DATED this 15th day of March, 2012.

                JAREK CHARVAT, Plaintiff,

     BY: /s/ Tracy Hightower-Henne
        Tracy Hightower-Henne, #23813
        HIGHTOWER LAW L.L.C.
        209 South 19th Street, Suite 525
        Omaha, NE 68102
        P: (402) 905-2886
        tracy@hightowerlawomaha.com
        Attorney for Plaintiff

        Michael P. Lewis (DC #503311)
        Lewis Law Firm, PLLC
        901 New York Ave., NW. Ste. 550
        P: (202) 630-6257
        mlewis@lewis-firm.com
        Attorney for Plaintiff

        ACO, INC.,
        Defendant

        By: /s/ Justin D. Eichmann _____
            Justin D. Eichmann #22405
            Bradford & Coenen LLC
            1620 Dodge Street, Suite 1800
            Omaha, Nebraska 68102-1505
            (402) 342-4200 Telephone
            (402) 342-4202 Facsimile
            jeichmann@bradfordcoenen.com
            ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF this 15th day of March 2012, on:

        Justin D. Eichmann
        Bradford & Coenen LLC
        1620 Dodge Street, Suite 1800
        Omaha, Nebraska 68102-1505
        (402) 342-4200 Telephone
        (402) 342-4202 Facsimile
        jeichmann@bradfordcoenen.com

            /s/ Tracy Hightower-Henne_____
            Tracy Hightower-Henne #23813